UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

KYLE GREGORY STONE,

        Plaintiff,                         Case No. 1:23-cv-10855

v.                                        Honorable Thomas L. Ludington
                                           United States District Judge
RICHARD HARBAUGH,

                                           Honorable Kimberly G. Altman
        Defendant.                 United States Magistrate Judge
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

This matter is before this Court upon Magistrate Judge Kimberly G. Altman's Report and Recommendation (R&R), ECF No. 26, recommending that this Court deny Defendant's Motion for Summary Judgment on the Basis of Exhaustion, ECF No. 19.

Although the R&R states that Plaintiff could object to and seek review of the R&R within 14 days of service, neither Party objected. They have therefore waived their right to appeal Judge Altman's findings. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985).

Accordingly, it is **ORDERED** that Magistrate Judge Altman's Report and Recommendation, ECF No. 26, is **ADOPTED**.

Further, it is **ORDERED** that Defendant's Motion for Summary Judgment on the Basis of Exhaustion, ECF No. 19, is **DENIED**.

**This is not a final order and does not close the above-captioned case**.

Dated: May 10, 2024                                s/Thomas L. Ludington
                                                     THOMAS L. LUDINGTON
                                                     United States District Judge