UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| KYLE GREGORY STONE,<br><br>    Plaintiff,<br><br>v.<br><br>RICHARD HARBAUGH,<br><br>    Defendant. | Case No. 23-cv-10855<br><br>Honorable Robert J. White |

**ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION TO GRANT DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF No. 37) AND TO DENY PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (ECF No. 39)**

    Before the Court is Magistrate Judge Kimberly G. Altman's June 2, 2025 report and recommendation. (ECF No. 47). The report recommended that the Court grant Defendant Richard Harbaugh's motion for summary judgment (ECF No. 37), and deny Plaintiff Kyle Gregory Stone's motion for summary judgment, (ECF No. 39). None of the parties objected to the report and recommendation pursuant to Fed. R. Civ. P. 72(b)(2).

    The Court had an opportunity to fully review the matter and believes that the magistrate judge reached the correct conclusions for the appropriate reasons. Because the Court will grant Harbaugh's motion for summary judgment, Stone no

longer has any surviving claims, and the Court will therefore dismiss the case. Accordingly,

IT IS ORDERED that the magistrate judge's June 2, 2025 report and recommendation (ECF No. 47) is hereby ACCEPTED AND ADOPTED.

IT IS FURTHER ORDERED that Harbaugh's motion for summary judgment (ECF No. 37) is GRANTED.

IT IS FURTHER ORDERED that Stone's motion for summary judgment (ECF No. 39) is DENIED.

IT IS FURTHER ORDERED that the case is DISMISSED.

Dated: July 8, 2025                              s/Robert J. White
                                                                       Robert J. White
                                                                       United States District Judge